## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

In re:                                    :
                                          :
ADAM M. BESTHOFF                          :
                                          :     Case No. 16-11644 - RGM
                                          :     (Chapter 7)
            Debtors.                      :

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

WILL THE CLERK OF THE COURT please note pursuant to Bankruptcy Rule 9010,

the appearance of Rees Broome, PC, and Erik W. Fox, Esquire, as counsel for WILLIAM

MENJIVAR, a creditor.

SIMILARLY, WILL THE CLERK OF THE COURT, pursuant to Bankruptcy Rule

2002(g), please ensure that all notices given or required to be given in this case and all papers

served or required to be served in this case, be given to and served upon the undersigned at the

following office address:

> Erik W. Fox, Esquire
> Rees Broome, PC
> 1900 Gallows Road, Suite 700
> Tysons Corner, Virginia  22182

> WILLIAM MENJIVAR
> By Counsel

_____/s/Erik W. Fox_____
Erik W. Fox, Virginia State Bar No. 65456
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, Virginia  22182
(703) 790-1911
Fax No.  (703) 848-2530
Counsel for William Menjivar

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this 14 day of June, 2016 a copy of the foregoing Notice of Appearance and Request for Service of Papers was served on all interested parties to this proceeding, by causing true and correct copies thereof to be placed in the United States mail, postage prepaid, to:

> Donald F. King, Trustee
> 1775 Wiehle Avenue, Suite 400
> Reston, VA 20190

I hereby verify that a copy of the foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system.  Notice of the filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Parties currently listed by the CM/ECF system to receive electronic notice in this case are set forth below:

> Richard Owen Bolger  -  richard@bolgerlaw.com

> _____/s/Erik W. Fox_____
> Erik W. Fox

Dated:  June 14, 2016